**Victoria KLEIN; Ashley Swadley, Plaintiffs-Appellees**

**v.**

**FEDERAL INSURANCE COMPANY Defendant-Appellant**

**No. 16-11822**

United States Court of Appeals, Fifth Circuit.

Filed March 12, 2018

Arthur John Brender, Law Offices of Art Brender, Fort Worth, TX, Edward Dwain Dent, Esq., Fred Louis Streck, III, Esq., Dent Law Firm, Fort Worth, TX, Plaintiffs-Appellees

Daniel F. Gourash, Esq., Robert D. Anderle, Seeley, Savidge, Ebert & Gourash, Co., L.P.A., Cleveland, OH, Jonathan D. Hacker, O'Melveny & Myers, L.L.P., Washington, DC, Russell Winfield Schell, Esq., Schell Cooley, L.L.P., Addison, TX, for Defendant-Appellant

Before HIGGINBOTHAM, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:*

Having heard oral argument and reviewed the parties' briefs and the record, we AFFIRM the judgment of the district court essentially for the reasons given in its thorough Memorandum Opinion and Order of December 2, 2016.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.